February 15, 1967

## Bachman, Appellant, *v.* Prudential Insurance Company of America.

Argued December 16, 1966. *E. Drummond King*, with him *Snyder, Wert, Wilcox, Frederick & Doll*, for appellant; *Richard F. Stevens*, with him *Butz, Hudders & Tallman*, for appellee.

Judgment affirmed.